139059

RECEIVED
BY MAIL
JAN 30 2002
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651) 848-1100**

# PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** **Case Title:** John R. Meyers v. Stericycle, Inc.

CV. 02-269 RHK/JMM

**Affidavit of Movant**

I, Penelope J. Phillips, an active member in good standing of the bar of the U.S. District court for the District of Minnesota, request that this Court admit pro hac vice Deric J. Bomar, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this Court, who will be counsel for the defendant Stericycle, Inc., in the case listed above. I am aware that the local rules of this Court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature ______ MN Attorney License # 200876 Date 1/25/02

**Affidavit of Proposed Admittee**

I, Deric J. Bomar, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Deric J. Bomar
Type/Print Name

Signature ______

1/24/02
Date

Attorney License Number: 90785114

Law Firm Name and Address:

Vedder, Price, Kaufmann & Kammholz
222 North LaSalle Street
Chicago, IL 60601
312-609-7500

**Motion Granted:** ______ JMM
For the Court: ~~Francis E. Dosal~~, Clerk

JAN 30 2002
Date

JAN 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MPLS 202010-1