# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No.: **0:02-CV-269 JEL/AJB**

Meyers,

v

Stericycle, Inc.

**IN RE: Notice of Reassignment of Magistrate Judge**
**NEW: 0:02-CV-269 JEL/JGL**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **Chief U S District Court Magistrate Judge Jonathan G. Lebedoff** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Mary Lenner at 612 664 5120.**

DATE: **June 20, 2002**

**Richard D. Sletten, Clerk**

15

FILED June 20, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials